No. 561. SOUTHERN RAILWAY COMPANY *v.* ALMA R. MILLER, ADMINISTRATRIX, ETC. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. E. Randolph Williams, Mr. Henry W. Anderson* and *Mr. Thomas B. Gay* for petitioner. *Mr. Robert A. Talley* for respondent.

---

No. 563. LEWISTON MILLING COMPANY, LIMITED, *v.* IRA D. CARDIFF ET AL., ETC. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James E. Babb* for petitioner. *Mr. Reese H. Voorhees* for respondents.

---

No. 538. HARTMAN-BLANCHARD COMPANY *v.* KITTIE TEN EYCK ET AL. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Pierre M. Brown* for petitioner. *Mr. Chauncey I. Clark* for respondents. *Mr. Mark Ash,* by leave of court, as *amicus curiæ.*

---

No. 564. ATLANTIC COAST LINE RAILROAD COMPANY *v.* EMMA RAULERSON. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William K. Jackson* and *Mr. John L. Doggett* for petitioner. *Mr. A. H. King, Mr. Roswell King* and *Mr. George C. Bedell* for respondent.